UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessie M. Rodrigues, | Case No. 20-cv-0584 (WMW/KMM) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| United States Probation, | |
| Respondent. | |

This matter is before the Court on the March 23, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez.  (Dkt. 2.)  The R&R recommends denying Petitioner Jessie M. Rodrigues's petition for a writ of habeas corpus.  Objections to the R&R have not been filed in the time period permitted.[1]

In the absence of timely objections, the Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having carefully performed this review, the Court finds no clear error and adopts the R&R.

---

[1] The Clerk of Court mailed the R&R to Rodrigues's last known address, and the mailing was returned as undeliverable.  Rodrigues has not provided a forwarding address and was not found in an inmate locator search.  It is a petitioner's responsibility to provide updated contact information to ensure the timely receipt of case-related communications.  The Court declines to postpone its decision until Rodrigues updates his contact information.

Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 23, 2020 R&R, (Dkt. 2), is **ADOPTED**.

2. Petitioner Jessie M. Rodrigues's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 19, 2020                        s/Wilhelmina M. Wright
                                             Wilhelmina M. Wright
                                             United States District Judge